FILED

05/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0114

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0114

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

MICHAEL PRESSEL,

      Defendant and Appellant.

## ORDER

Upon motion of Defendant and Appellant Michael Pressel and without objection from the State, the Court hereby orders that remittitur in this matter shall issue immediately.

The Clerk of this Court is directed to provide immediate notice of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 4 2022